**Opinion filed September 26, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00233-CV

_____

## EDDIE L. ODOM, Appellant

## V.

## ENDEAVOR ENERGY RESOURCES, L.P., Appellee

### On Appeal from the 238th District Court
### Midland County, Texas
### Trial Court Cause No. CV-47,186

### M E M O R A N D U M   O P I N I O N

Eddie L. Odom filed a notice of appeal after the trial court issued two letters concerning its findings and judgment, and Endeavor Energy Resources, L.P. filed a cross-appeal. When we received the notices of appeal, we notified the parties by letters dated August 6, 2013, and August 19, 2013, that it appeared to this court that no final, appealable judgment had been entered. On August 30, 2013, this court issued an abatement order in which we explained why the trial court's letters were not final and appealable and why we had no jurisdiction absent a final,

appealable judgment. We abated the appeal so that a final judgment could be rendered. We also informed the parties as follows: "If a final, appealable judgment has not been entered by September 19, 2013, this court may dismiss this appeal." We received notice from Odom's counsel on September 20, 2013, that counsel was unaware of a final, appealable judgment having been signed.

Consequently, we dismiss the appeal.

PER CURIAM

September 26, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Judge Herod.[1]

Willson, J., not participating.

---

[1]Steven R. Herod, 91st District Court, Eastland, sitting by assignment.